FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 21 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUIS ROSS                                                                                                               PLAINTIFF

VS.                       CASE NO. 5:13cv154 SWW

UNION PACIFIC RAILROAD COMPANY
AND JOHN DOE,
NAME AND ADDRESS UNKNOWN                                            DEFENDANTS

## NOTICE OF REMOVAL

Nelson G. Wolff
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Paul J. James
James, Carter, Coulter, PLC
500 Broadway
Little Rock, AR 72203

This case assigned to District Judge Wright
and to Magistrate Judge Deere

Lafayette Woods, Sr.
Jefferson County Circuit Clerk
P.O. Box 7433
Pine Bluff, Arkansas 71611

**PLEASE TAKE NOTICE** that the captioned case filed as case number CV-2013-175-5 in the Circuit Court of Jefferson County, Arkansas, has been removed to the United States District Court for the Eastern District of Arkansas, Pine Bluff Division. Union Pacific Railroad files this Notice of Removal and states:

1. Plaintiff initiated this action on April 5, 2013, in the Circuit Court of Jefferson County, Arkansas, case number CV-2013-175-5. Plaintiff seeks damages in excess of $75,000 as a result of an automobile collision with a railroad crossing arm on July 19, 2011, in Pine Bluff, Arkansas at the West 17th Avenue crossing. Union Pacific received a copy of the Summons and

1

Complaint on April 22, 2013; therefore, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely. A copy of the Summons, the Complaint, the Affidavit of Service and the Answer, which constitute all process, pleadings, and orders that have been filed with the Circuit Clerk of Jefferson County as of May 21, 2013, are attached hereto as Exhibits A, B, C & D.

2. Defendant removes this action pursuant to the Court's diversity jurisdiction under 28 U.S.C. § 1332. Therefore, this case is removable under 28 U.S.C. § 1441 in accordance with the procedures set forth in 28 U.S.C. § 1446.

3. Plaintiff is citizen of Arkansas, residing in Jefferson County, Arkansas. Defendant is Delaware Corporation with its principle place of business in Omaha, Nebraska. Pursuant to 28 U.S.C. § 1441(b)(1), "the citizenship of defendants sued under fictitious names shall be disregarded." The amount in controversy exceeds $75,000.

4. Notice of Removal is provided to the Circuit Court of Jefferson County, Arkansas, and Plaintiff's attorneys, Nelson Wolff and Paul James.

                Respectfully submitted,

                Joseph P. McKay, 99006
                William D. Shelton, Jr., 2011086
                FRIDAY, ELDREDGE & CLARK, LLP
                400 West Capitol, Suite 2000
                Little Rock, AR 72201-3522
                Telephone: (501) 370-1497
                Facsimile: (501) 244-5326
                E-Mail: wshelton@fridayfirm.com

By: _/s/ William Shelton_____
      William D. Shelton, Jr.

## CERTIFICATE OF SERVICE

I, William D. Shelton, Jr., hereby certify that a true and correct copy of the foregoing pleading has been served by U.S. Mail, postage prepaid, on this 21st day of May, 2013, upon:

Nelson G. Wolff
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Paul J. James
James, Carter, Coulter, PLC
500 Broadway
Little Rock, AR 72203

                                                                           _____
                                                                            WILLIAM D. SHELTON, JR.

# THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
## DIVISION

**Plaintiff**
**LOUIS ROSS**

v.                                                    **No: CV-2013-175-5**

**Defendant**
**UNION PACIFIC RAILROAD COMPANY**
**AND JOHN DOE,**
**NAME AND ADRESS UNKNOWN**

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT: UNION PACIFIC RAILROAD COMPANY, THE CORPORATION COMPANY, 124 W. CAPITOL AVE., SUITE 1900, LITTLE ROCK, AR 72201**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) _ or 60 says if you incarcerated in any jail, penitentiary, or other correctional facility in Arkansas – you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMES, CARTER & COULTER PLC, 500 BROADWAY, SUITE 400, LITTLE ROCK, AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Lafayette Woods, Sr., Circuit Clerk

P.O. Box 7433
Pine Bluff, AR 71611

_____ D.C.
Clerk or Deputy Clerk

Date: April 5, 2013

Case no: CV-2013-175-5
This summons is for: UNION PACIFIC RAILROAD COMPANY


EXHIBIT A

## PROOF OF SERVICE

- ☐ I personally delivered the summons and complaint to the individual at_____on_____[date]; or
- ☐ I left the summons and complaint in the proximity of the individual by_____after he/she refused to receive it when I offered it to I him/her: or
- ☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at_____[address] with_____[name], a person at least 14 years of age who resides there, on_____[date]; or
- ☐ I delivered the summons and complaint to_____[name of individual], and agent authorized by appointment or by law to receive service of summons on behalf of_____[name of defendant] on_____[date]; or
- ☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.
- ☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgement and received the attached notice and acknowledgement form within twenty days after the date of mailing.
- ☐ Other[specify]:_____
- ☐ I was unable to executed service because:_____

My fee is$_____

**To be completed if service is by a sheriff or deputy sheriff:**
Date:_____   SHERIFF OF_____COUNTY, ARKANSAS
                          By:_____
                          _____
                          [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**
Date:_____   By:_____
                          [Signature of server]
                          _____
                          [Printed name]
Address:_____

Phone:_____

**Subscribed and sworn to before me this date:**_____
**My commission expires:**_____        _____
                                                         Notary Public
**Additional information regarding service or attempted service:**
_____
_____

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
DIVISION NO. ___

LOUIS ROSS,                                                  PLAINTIFF

v.                      Case No. CV-2013-175-5

UNION PACIFIC RAILROAD COMPANY
AND JOHN DOE,
NAME AND ADDRESS UNKNOWN,                     DEFENDANTS

SERVE DEFENDANT UNION PACIFIC AT:

    The Corporation Company
    124 West Capitol Avenue, Suite 1900
    Little Rock, Arkansas 72201

## COMPLAINT

COMES NOW Plaintiff Louis Ross, by and through his attorneys Schlichter, Bogard & Denton, and for his Complaint against Defendant Union Pacific Railroad Company and Defendant John Doe states as follows:

1. This action for personal injuries and damages suffered by Plaintiff Louis Ross arises out of the malfunctioning of a Union Pacific Railroad Company mechanical crossing guard arm on July 19, 2011 in Pine Bluff, Arkansas.

2. At all relevant times, Plaintiff Louis Ross has been a resident of Jefferson County, Arkansas.

3. Defendant Union Pacific Railroad Company is a corporation duly organized and existing under the law. Defendant is engaged in the business of operating a railway system in interstate commerce and in the transportation of freight by railroad in interstate commerce in Jefferson County and the State of Arkansas.

1



FILED IN MY OFFICE AND SUMMONS
ISSUED AT 11:15 O'CLOCK A.M
APR - 5 2013 DATE
LAFAYETTE WOODS, SR., CLERK

EXHIBIT B

4.  Defendant John Doe, whose name and address are unknown and could not be discovered through reasonable effort, is an unknown manager employed by Defendant Union Pacific and is responsible for maintaining the proper functioning of the subject crossing guard. Upon information and belief, Defendant John Doe is a resident of the state of Arkansas.

5.  On July 19, 2011, Louis Ross was traveling westbound on West 17th Avenue in Pine Bluff, Arkansas, at or near the intersection with Defendant Union Pacific's railroad crossing when the railroad crossing arm came down on his vehicle, causing Plaintiff to sustain injuries and damage to his vehicle.

6.  Defendants, individually or by and through their agent(s), employee(s), servant(s), and or representative(s), were negligent on the aforementioned date/time/location, in one or more of the following respects:

   a.  They failed to use reasonable care to make the railroad crossing safe to prevent injury to Plaintiff;

   b.  They failed to properly secure, inspect, and maintain its railroad crossing guard and railroad guard arm;

   c.  Their improperly inspected and maintained railroad crossing, railroad crossing guard, and railroad crossing guard arm presented a dangerous condition that involved unreasonable risk of injury to Plaintiff;

   d.  Defendants knew or should have known of this dangerous condition, and they failed to use reasonable care to maintain, remove, or warn Plaintiff of the dangerous condition, which a reasonably careful person would have done under circumstances similar to those shown by the evidence in this case.

7.  As a proximate cause of Defendants' negligence, Plaintiff suffered injuries to his back and spine; he has sustained injuries to the soft tissues, ligaments, tendons, muscles, blood vessels of his back and spine; he has been caused to undergo severe pain and suffering; he has sought and received medical care and attention and will continue to receive medical care and attention; he has suffered psychological and emotional injury, mental anguish and anxiety and

will continue to suffer psychological and emotional injury, mental anguish and anxiety in the future; he has incurred medical expenses and will in the future; all to his damage.

WHEREFORE, Plaintiff Louis Ross prays for judgment against Defendant Union Pacific Railroad Company and Defendant John Doe in a sum which is fair and reasonable, which sum is in excess of $75,000.00, plus cost of suit incurred.

SCHLICHTER, BOGARD & DENTON

NELSON G. WOLFF ABN #2006002
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)
nwolff@uselaws.com

and

PAUL J. JAMES ABN #83091
JAMES, CARTER, COULTER, P.L.C.
500 Broadway
Little Rock, Arkansas 72203
866-716-3242
501-372-1659 (fax)

ATTORNEYS FOR PLAINTIFF

**PLAINTIFF REQUESTS TRIAL BY JURY**

3

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
FIFTH DIVISION

LOUIS ROSS                                                                    PLAINTIFF

v.                          CASE NO. CV-2013-175-5

UNION PACIFIC RAILROAD COMPANY                                                DEFENDANT

### AFFIDAVIT OF SERVICE

Comes Paul J. James, attorney for the Plaintiff, and for his affidavit of service, states:

1. On April 18, 2013, Plaintiff mailed the Summons, Complaint, Interrogatories and Requests for Production of Documents to The Corporation Company, registered agent for service of Union Pacific Railroad Company by certified mail number 7010 0780 0001 9201 2404, return receipt requested.

2. On April 22, 2013, the Summons, Complaint, Interrogatories and Requests for Production of Documents were received by the office of the registered agent for Union Pacific Railroad Company and the return receipt was stamped signed by CT Corporation. See "Exhibit A" attached hereto and made a part hereof.

3. The receipt stamped signed by CT Corporation was effective service of process.

4. Further affiant saith naught.

Respectfully submitted,

Attorneys for Plaintiff

By: _____
Paul J. James (AR Bar No. 83091)
JAMES, CARTER & COULTER, PLC
Post Office Box 907
Little Rock, Arkansas 72203-0907
(501) 372-1414 Telephone
(501) 372-1659 Facsimile

FILED
APR 25 2013
LAFAYETTE WOODS, SR.
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS

EXHIBIT
C

SUBSCRIBED AND SWORN to before me, this 23rd day of April, 2013.

_____
Notary Public

My Commission Expires: March 8, 2015



**EXHIBIT "A"**





IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
FIFTH DIVISION

LOUIS ROSS                                                                PLAINTIFF

VS.                          CASE NO. CV-2013-175-5

UNION PACIFIC RAILROAD COMPANY
AND JOHN DOE,
NAME AND ADDRESS UNKNOWN                                   DEFENDANTS

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendant, Union Pacific Railroad Company, and for its Answer to Plaintiff's Complaint states as follows:

1. Union Pacific admits that Plaintiff has filed an action for personal injuries and damages. Union Pacific denies the remaining allegations contained within paragraph 1 of Plaintiff's Complaint.

2. Union Pacific is without sufficient information to admit or deny the allegations contained in paragraph 2 of the Plaintiff's Complaint and therefore denies them.

3. Defendant admits that it is a corporation organized and existing under the law. Defendant admits that some of its business constitutes operating a railway system in interstate commerce and in the transportation of freight by railroad in interstate commerce in Jefferson County and the State of Arkansas. Union Pacific denies the remaining allegations contained in paragraph 3 of Plaintiff's Complaint.

4. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 4 of the Plaintiff's Complaint and therefore denies them.

5. Union Pacific denies the allegations contained in paragraph 5 of Plaintiff's Complaint.

FILED

MAY 17 2013

LAFAYETTE WOODS, JR.
CIRCUIT CLERK
JEFFERSON COUNTY, ARKANSAS

1



EXHIBIT D

6. Defendant denies the allegations contained in paragraph 6 of the Plaintiff's Complaint and all subparagraphs thereunder.

7. Defendant denies the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8. Defendant denies the allegations contained in the WHEREFORE paragraph of the Plaintiff's Complaint.

9. Defendant demands a trial by jury.

10. Defendant denies all allegations contained in Plaintiff's Complaint not specifically admitted herein.

11. Defendant denies that it was in any way negligent and states that the accident was caused by the negligence of the driver of the vehicle, including but not limited to one or more of the following:

   (a) the driver failed to keep a proper lookout;

   (b) the driver failed to stop;

   (c) the driver failed to use ordinary care to look and listen for activation of the crossing protection devices;

   (d) the driver failed to stop his vehicle at a time when the crossing protection devices were activated and presented an immediate hazard to him;

   (e) the driver failed to stop at the crossing when the crossing protection devices were plainly visible;

   (f) the driver failed to exercise due care in operating his vehicle;

2

(g) the driver failed to keep the vehicle under proper control and to operate with caution and circumspection under the existing conditions of the time and place alleged;

(h) the driver failed to drive his vehicle at a speed reasonable and proper under the circumstances;

(i) the driver failed to use the brakes and steering mechanism to stop or turn the vehicle to avoid the collision; and

(j) the driver operated his vehicle in a careless and wanton manner without regard for the safety of others.

12. Defendant asserts that federal law preempts all of Plaintiff's claims against it based on the adequacy of the crossing warning devices, and the training of Defendant's employees.

13. Pleading affirmatively, Plaintiff's Complaint should be dismissed for insufficiency of process.

14. Pleading affirmatively, Plaintiff's Complaint should be dismissed for insufficiency of service of process.

15. Defendant reserves the right to plead further and reserve objections on the basis of insufficiency of process, insufficiency of service of process, failure to join a party under Rule 19, if any, pendency of another action between the same parties arising out of the same transaction or occurrence, and the affirmative defenses available under Rule 8, including but not limited to, arbitration and award, discharge in bankruptcy, duress, estoppel, exclusiveness of remedy under workers' compensation law, failure of consideration, fraud, illegality, injury by fellow servant,

laches, license, payment, release, les judicata, setoff, statute of frauds, statute of limitations, waiver, and any other matter constituting and avoidance or affirmative defense.

16. Plaintiff's allegation that Union Pacific Railroad negligently maintained the crossing guard arm is expressly preempted by 49 U.S.C. § 20106 and 49 CFR § 234.4.

WHEREFORE Defendant Union Pacific Company prays that Plaintiff's Complaint be dismissed, for its costs, and for other relief to which it is entitled.

Respectfully submitted,

Joseph P. McKay, 99006
William D. Shelton, Jr., 2011086
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201-3522
Telephone: (501) 370-1497
Facsimile: (501) 244-5326
E-Mail: jmckay@fridayfirm.com
E-Mail: wshelton@fridayfirm.com

By: _____
     WILLIAM D. SHELTON, JR.

## CERTIFICATE OF SERVICE

I, William D. Shelton, Jr., hereby certify that a true and correct copy of the foregoing pleading has been served by U.S. Mail, postage prepaid, on this _17_ day of _May_, 2013, upon:

Nelson G. Wolff
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Paul J. James
James, Carter, Coulter, PLC
500 Broadway
Little Rock, AR 72203

WILLIAM D. SHELTON, JR.

5