IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUIS ROSS                                                                                        PLAINTIFF

VS.                             CASE NO.:  5:13-CV-00154 KGB

UNION PACIFIC RAILROAD COMPANY
AND JOHN DOE,
NAME AND ADDRESS UNKNOWN                                              DEFENDANTS

## JOINT STATUS REPORT

The parties have settled and request that the Court dismiss this case with prejudice.

        Respectfully submitted,

        Joseph P. McKay, 99006
        William D. Shelton, Jr., 2011086
        FRIDAY, ELDREDGE & CLARK, LLP
        400 West Capitol, Suite 2000
        Little Rock, AR 72201-3522
        Telephone: (501) 370-1497
        Facsimile: (501) 244-5326
        E-Mail: jmckay@fridayfirm.com
        E-Mail: wshelton@fridayfirm.com

    By:  /s/ Joseph P. McKay
        Joseph P. McKay

2

## CERTIFICATE OF SERVICE

      I, Joseph P. McKay, hereby certify that on March 6, 2014, a true and correct copy of the foregoing pleading has been uploaded using the CM/ECF system and that the clerk shall electronically serve the following:

Jason Kelly
Nelson G. Wolff
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Paul J. James
James, Carter, Coulter, PLC
500 Broadway
Little Rock, AR 72203

                    /s/ Joseph P. McKay
                    Joseph P. McKay