IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LOUIS ROSS**                                                                                                  **PLAINTIFF**

v.                            Case No. 5:13-cv-00154-KGB

**UNION PACIFIC RAILROAD COMPANY**
**AND JOHN DOE,**
**NAME AND ADDRESS UNKNOWN**                                                      **DEFENDANTS**

## ORDER

The parties in their joint status report state that they have settled and request that the Court dismiss this case with prejudice (Dkt. No. 9). For good cause shown, the request is granted, and this case is hereby dismissed with prejudice.

SO ORDERED this the 12th day of March, 2014.

_____
Kristine G. Baker
United States District Judge